UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

RACHEL GALARZA

VERSUS

OCHSNER HEALTH SYSTEMS, INC.

CIVIL ACTION

12-722-JJB-RLB

## **J U D G M E N T**

For written reasons assigned;

IT IS ORDERED, ADJUDGED AND DECREED that judgment be entered in favor of defendant and against plaintiff.

Signed in Baton Rouge, Louisiana, on April 14, 2014.

_____
**JUDGE JAMES J. BRADY
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**